NO. 07-11-0510-CV
 
 IN THE COURT OF APPEALS
 
 FOR THE SEVENTH DISTRICT OF TEXAS
 
 AT AMARILLO
 
 PANEL D
 
--------------------------------------------------------------------------------
APRIL 19, 2012
--------------------------------------------------------------------------------

 In the Matter of the Marriage of LACIE GAIL McGUIRE and
 TERRANCE LYNN McGUIRE and In the Interest of
 C.G.M. and F.M.M., Children
 _____________________________
 
 FROM THE 251st DISTRICT COURT OF RANDALL COUNTY;
 
 NO. 62,924-C; HONORABLE ANA ESTEVEZ, PRESIDING

--------------------------------------------------------------------------------

--------------------------------------------------------------------------------
Memorandum Opinion
--------------------------------------------------------------------------------

Before QUINN, C.J., and CAMPBELL and PIRTLE, JJ.
Terrance L. McGuire filed a notice of appeal on December 29, 2011. We dismiss the appeal. The reporter's records were filed on January 3 and 9, 2012, and the clerks record was filed on February 15, 2012. Appellant's brief was due on March 16, 2012. No brief was filed by that date, so the Court notified appellant on March 26, 2012, that the due date for the brief had lapsed, that the brief had not been filed, and that if it was not received by April 5, 2012, the appeal would be dismissed for want of prosecution. To date, no brief or motion to extend the deadline has been filed. Nor has the court received any explanation for the omission.
Accordingly, we dismiss the appeal for want of prosecution. Tex. R. App. P. 38.8(a)(1); 42.3(b).
Per Curiam